UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Finance Investments Overseas Holding Corp., <br><br>                        Plaintiff, <br> -against- <br><br> Paradigm Credit Corp., d/b/a Paradigm Capital Group, David Kushner, Jeffrey Meshel, and Wayne Sturman, <br>                        Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE FRCP** <br><br> 17-CV-04523-ER |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-captioned action, by and through undersigned counsel for the respective parties, that the above-captioned action is voluntarily dismissed in its entirety, with prejudice, as to all parties and as to all claims and counterclaims, and without the imposition of fees or costs to any party herein, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: New York, New York
~~June~~ Sept. 4, 2019

| WOODS LONERGAN PLLC | MANTEL McDONOUGH RISO, LLP |
|---|---|
| _____ <br> Annie E. Causey, Esq. AC5795 <br> 280 Madison Avenue, Suite 300 <br> New York, New York 10016 Tel: <br> (212) 684-2500 Ext. 302 Fax: <br> (212) 684-2512 <br> acausey@woodslaw.com <br> *Attorneys for Plaintiff* <br> *and Counterclaim Defendant* | _____ <br> Gerard A. Riso, Esq. GR8465 <br> 410 Park Avenue – 17th Fl. <br> New York, New York 10022 <br> Tel: 212-599-1515 <br> Fax: 212-599-6155 <br> Gerard.Riso@MMRllp.com <br> *Attorneys for Defendants* <br> *and Counterclaimants Paradigm Credit Corp.,* <br> *Jeffrey Meshel, Wayne Sturman and Paradigm* <br> *Monroe Center III, LLC* |

**CLAIR & GJERTSEN**

_____
Erin K. Flynn, Esq. EF8243
4 New King Street – Suite 140
White Plains, N.Y. 10604
Tel. 914-472-6202
Fax: 914-472-1936
erin@clairgjertsen.com
*Attorneys for Defendant and
Counterclaimant David Kushner*